UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE H., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | CASE NO. EDCV 19-2013-RGK (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the magistrate judge.

IT IS ORDERED that Commissioner's decision is reversed and this matter is remanded for further proceedings consistent with the Report.

DATED: April 20, 2021

R. GARY KLAUSNER
United States District Judge